UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 23-30234
                                     Originating No.  23CR20

**DEJUAN D. WELLS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DEJUAN D. WELLS,** to answer to charges pending in another federal district, and states:

1. On **June 6, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**.  Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1) and 18 U.S.C. Section 924(c) – Conspiracy to Distribute Fentanyl, Possession with Intent to Distribute Fentanyl and Unlawful Possession of a Firearm in Furtherance of a Drug Trafficking Crime.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 7, 2023